Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADAM DUNAKIN, by and through his parent and next friend, KIMBERLEE HOLLINGER individually, and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN W. QUIGLEY, in his official capacity as Secretary of the Washington State Department of Social and Health Services; and DOROTHY F. TEETER, in her official capacity as Director of the Washington State Health Care Authority,<br><br>Defendants. | NO. 2:14-cv-00567-JLR<br><br>ORDER OF DISMISSAL<br><br>**Noted for Consideration:**<br>**Monday March 22, 2021** |

Having reviewed the parties' joint motion, this case is hereby dismissed pursuant to the terms of the approved Final Settlement Agreement (Dkt. No. 71-1). *See* Order Granting Final Approval of Settlement (Dkt. No. 85).

DATED: March 23, 2021.

_____
JAMES ROBART
United States District Judge

ORDER OF DISMISSAL - 1 [Case No. 2:14-cv-00567-JLR]

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

Presented by:

**DISABILITY RIGHTS WASHINGTON**

 /s/ Susan Kas
Susan Kas (WSBA #36592)
315 – 5th Avenue South, Suite 850
Seattle, WA  98104
Tel. (206) 324-1521; Fax (206) 957-0729
Email:   susank@dr-wa.org

**SIRIANNI YOUTZ
SPOONEMORE HAMBURGER**

 /s/ Eleanor Hamburger
Eleanor Hamburger (WSBA #26478)
999 Third Avenue, Suite 3650
Seattle, WA 98104
Tel. (206) 223-0303; Fax (206) 223-0246
Email:   ehamburger@sylaw.com

Attorneys for Plaintiff

ORDER OF DISMISSAL - 2 [Case No. 2:14-cv-00567-JLR]

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  ·  Fax: (206) 957-0729